IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| HEATH PEERY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § | |
| Plaintiff, § | |
| v. § | CAUSE NO. 7:20-cv-00248-DC-RCG |
| SIDNEY K. IVEY d/b/a LUBRITECH AND LUBRITECH PRODUCTS, § § § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

Plaintiff Heath Peery, Individually and on Behalf of All Others Similarly Situated, ("Plaintiff") and Defendants Sidney K. Ivey and Oil Daddy LLC d/b/a Lubritech (improperly named as Sidney K. Ivey d/b/a Lubritech and Lubritech Products)("Defendants") hereby request the Court to take notice that the parties have reached an agreement and request that the Court allow thirty days to submit final dismissal documents.

Respectfully submitted,

/s/ Melissa Moore
Melissa Moore
Texas Bar No. 24013189
Curt Hesse
Texas Bar No. 24065414

**MOORE & ASSOCIATES**
Lyric Center
440 Louisiana St., Ste 1110
Houston, TX 77002
melissa@mooreandassociates.net
curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF HEATH PEERY**

    /s/ Holly B. Williams
Holly B. Williams
Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W Texas Avenue
Midland, TX 79701-6173
432-682-7800
432-682-1112 (fax)
holly@williamslawpc.com

**ATTORNEYS FOR DEFENDANTS
SIDNEY K. IVEY AND OIL DADDY LLC
d/b/a LUBRITECH**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. The CM/ECF system sent a "Notice of Electronic Filing" to all attorneys of record.

    /s/ Holly B. Williams
    Holly B. Williams